IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JOHN R. BUTCHER                                                             PLAINTIFF

v.                              Civil No. 1:19-cv-1041

MIKE LOE, *et al.*                                                    DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed November 5, 2019, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 19. Judge Bryant recommends that Plaintiff John Butcher's Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 8) be denied as moot. Butcher has responded with objections. ECF No. 21. The Court finds the matter ripe for consideration.

Butcher filed a Motion for Temporary Restraining Order and Preliminary Injunction, in which he moves the Court to require that the Columbia County Detention Center provide him necessary medical care and address various conditions of confinement. ECF No. 8. Judge Bryant recommends that Butcher's motion be denied as moot because he has been transferred from the Columbia County Detention to the Arkansas Department of Correction Ouachita River Unit. *See Dulany v. Carnahan*, 132 F.3d 1234, 1239 (8th Cir. 1997) (holding that a plaintiff's release from the institution against which he is seeking injunctive relief moots the request for injunctive relief).

Butcher objects to Judge Bryant's recommendation, arguing that there are numerous inmates being held within the Columbia County Detention Center who are being denied adequate medical care and being subjected to unsafe conditions of confinement. ECF No. 21, pp. 1-2. However, "[a] prisoner cannot bring claims on behalf of other prisoners," and thus Butcher "lacks

standing to bring claims alleging mistreatment of other prisoners." *Martin v. Sargent*, 780 F.2d 1334, 1337 (8th Cir. 1985).

Accordingly, based on its own *de novo* review, the Court overrules Butcher's objection and adopts the Report and Recommendation (ECF No. 19) *in toto*. Butcher's Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 8) is **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 6th day of January, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge