IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JOHN R. BUTCHER                                                                                                   PLAINTIFF

v.                               Civil No. 1:19-CV-01041

MIKE LOE, BRATTON, OFFICER SONIA,                           DEFENDANTS
WILL HOLMES, MR. CALDWELL,
OFFICER STEVE, OFFICER DUNN,
OFFICER GUISE, OFFICER SNEAD,
DOUG WOODS and MR. THOMAS

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This is a civil rights action filed pursuant to 42 U.S.C. § 1983. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2011), the Honorable Susan O. Hickey, Chief United States District Judge, referred this case to the undersigned for the purpose of making a Report and Recommendation.

Currently before the Court is Plaintiff's failure to provide the Court with service information for Defendant Bratton. On January 8, 2020, summons to Bratton was returned unexecuted. (ECF No. 33). On January 13, 2020, the Court entered an Order directing Plaintiff to provide service information for Defendant Bratton by February 3, 2020. Plaintiff was further advised that failure to do so would result in the dismissal of Bratton from the case. (ECF No. 34). To date, Plaintiff has not provided any additional service information for Defendant Bratton.

It is Plaintiff's responsibility to provide the Court with the identity of and an address for proper service on Defendants. *Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993).

Accordingly, I recommend that Defendant Bratton be dismissed as a party from this case WITHOUT PREJUDICE.

**The parties have fourteen days from receipt of the Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

**DATED** this **3rd day of March 2020**.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE