IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JOHN R. BUTCHER                                                           PLAINTIFF

v.                         Civil No. 1:19-cv-1041

MIKE LOE, BRATTON, OFFICER SONIA,
WILL HOLMES, MR. CALDWELL,
OFFICER STEVE, OFFICER DUNN,
OFFICER GUISE, OFFICER SNEAD,
DOUG WOODS and MR. THOMAS                            DEFENDANTS

### **ORDER**

Before the Court is the Report and Recommendation filed March 3, 2020, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 35. Judge Bryant recommends that Defendant Bratton be dismissed as a party to this case because Plaintiff failed to provide the Court with service information for Defendant Bratton. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, all claims against Defendant Bratton are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 23rd day of March, 2020.

                                                                  /s/ Susan O. Hickey
                                                                   Susan O. Hickey
                                                                   Chief United States District Judge