IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JOHN R. BUTCHER                                                                                          PLAINTIFF

v.                                                  Civil No. 1:19-CV-01041

MIKE LOE, *et. al.*                                                                                   DEFENDANTS

## ORDER

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis*. Currently before the Court is Plaintiff's Motion to Compel (ECF No. 55) and Motion to Stay his Case (ECF No. 56).

Plaintiff asks to stay his case until he is released from Arkansas Department of Correction custody. He states he is unable to properly prosecute his case as an inmate, and is scheduled for a Parole Board hearing between September and November of 2020. (ECF No. 56). Defendants filed a Response on July 23, 2020, stating they have no objection to a stay of the case until Plaintiff is released from ADC custody. (ECF No. 58).

Plaintiff's Motion to Stay (ECF No. 55) is GRANTED. The Clerk is DIRECTED to administratively terminate this case. Plaintiff's Motion to Compel (ECF No. 56) is DENIED as MOOT.

To reopen this case, Plaintiff will need to file a Motion to Reopen.

IT IS SO ORDERED this 30th day of July 2020.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE